# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

SHEMEKA KNOTTS,

      Plaintiff,

      v.

EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; NATIONAL CREDIT SYSTEMS, INC.; REDWOOD CONCORD APARTMENTS / BIRCHWOOD MANAGEMENT; NATIONAL FINANCE COMPANY; CREDIT FINANCIAL GROUP, LLC; VERIZON WIRELESS / CELLCO PARTNERSHIP; CREDIT ONE BANK, N.A.,

      Defendants.

Case No.: 3:25-cv-00609-MOC-DCK

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 83.1(f), Lauren V. Boone moves this Honorable Court for an order permitting her to withdraw from further representation of Defendant Experian Information Solutions, Inc. ("Experian") in this matter.

In support of this Motion, Ms. Boone shows the Court as follows:

1.      Experian initially retained Ms. Boone to represent its interests in this matter.

2.      Experian has retained the services of Smith Debnam Narron Drake Saintsing & Myers, LLP ("Smith Debnam") to represent it in all aspects of this case going forward. Attorney Caren D. Enloe of Smith Debnam has duly noticed her appearance in this matter for Experian. [Dkt. 123]. Attorney Caren D. Enloe of Smith Debnam will be the attorney of record after the withdrawal of Attorney Lauren V. Boone.

3.     As a result of Smith Debnam's representation of Experian in this case, Experian is no longer in need of Ms. Boone's services.

4.     Experian will not be prejudiced by Ms. Boone's withdrawal as counsel of record because it will continue to be represented by Smith Debnam.

5.     In compliance with Local Civil Rule 83.1(f), Experian shows as follows:

    a.   Experian's last known address is as follows:

       Experian Information Solutions, Inc.
       475 Anton Boulevard
       Costa Mesa, CA 92626

    b.   Experian consents to this Motion.

6.     Accordingly, Ms. Boone respectfully requests permission to withdraw from this matter and to have no further obligations in this case.

7.     A proposed order allowing Ms. Boone's withdrawal as counsel for Experian is attached hereto as **Exhibit 1**.

WHEREFORE, Lauren V. Boone respectfully requests that he be permitted to withdraw as counsel of record for Defendant Experian Information Solutions, Inc. in this matter. Respectfully submitted this __ day of June, 2026.

*/s/ Lauren Boone*
Lauren Boone (N.C. Bar No. 59249)
TROUTMAN PEPPER LOCKE, LLP
301 S College Street, 34th Floor
Charlotte, NC 28202
Telephone:  704-998-4047
Email:  lauren.boone@troutman.com

*Attorney for Defendant Experian Information Solutions, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2026, I caused the foregoing document to be filed with the

Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel

of record. I further certify that a copy of the foregoing was sent via U.S. Mail upon:

Shameka Knotts
5113 Cameron Commons Pkwy
Charlotte, NC 28262
mekaeast@gmail.com
*Pro se plaintiff*

                                    */s/ Lauren Boone*
                                    Lauren Boone
                                    *Attorney for Defendant Experian Information
                                    Solutions, Inc.*

3