# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CASE NO. 3:25-CV-609-MOC-DCK

| | | |
|---|---|---|
| SHAMEKA KNOTTS, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| EQUIFAX INFORMATION | ) | |
| SERVICES LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Lauren V. Boone's "Motion To Withdraw As Counsel" (Document No. 124) and William J. Farley III's "Motion to Withdraw As Counsel" (Document No. 125) filed June 11, 2026. These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motions and the record, the undersigned will <u>grant</u> the motions.

By the instant motions Ms. Boone and Mr. Farley seek to withdraw from further representation of Defendant Experian Solutions, Inc. Movants note that Experian has recently retained the services of Smith Debnam Narron Drake Saintsing & Myers, LLP, and that attorney Caren D. Enloe of Smith Debnam has filed a Notice Of Appearance. <u>See</u> (Document No. 123).

**IT IS, THEREFORE, ORDERED** that Lauren V. Boone's "Motion To Withdraw As Counsel" (Document No. 124) is **GRANTED**. Lauren v. Boone's representation of Defendant Experian in this matter is terminated.

**IT IS FURTHER ORDERED** that William J. Farley III's "Motion to Withdraw As Counsel" (Document No. 125) is **GRANTED**. William J. Farley III's representation of Defendant Experian in this matter is terminated.

**SO ORDERED**.

Signed: June 11, 2026

David C. Keesler
United States Magistrate Judge