**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

SHAMEKA KNOTTS,

Plaintiff,

v.

GLOBAL LENDING SERVICES LLC, et al.

Defendants.

**CIVIL ACTION NO. 3:25-CV-609-MOC**

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, Defendant Global Lending Services LLC respectfully request that this Court withdraw Nishma Patel of Holland & Knight LLP, as counsel of record for Defendant. Defendant will be represented by Abigail A. Grise of Holland & Knight. This substitution will not prejudice the Defendants and will not serve to delay this matter in any respect. Abigail A. Grise are aware of, and will comply with, all pending deadlines in this action. The undersigned is a member in good standing of the North Carolina State Bar and Bar of this Court.

Respectfully submitted this 30th day of June, 2026.

**HOLLAND & KNIGHT LLP**

By: /s/ *Abigail A. Grise*
Abigail A. Grise N.C. Bar No. 64811
1120 S. Tryon Street, Suite 900
Charlotte, North Carolina 28203
Phone 704.401.0413
Fax 980.215.7771
abigail.grise@hklaw.com

*Attorney for Defendant*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY certify that on June 30, 2026, I electronically filed the foregoing document with the Clerk of the Court CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

Shameka Knotts (Via U.S. Mail)
5113 Cameron Commons Pkwy
Charlotte, NC 28262
mekaeast@gmail.com
*Plaintiff, Pro Se*

Amy C. Merrill (N.C. Bar No. 62545)
Amy C. Merrill, PA
P.O. Box 777
Murphy, NC 28906
Telephone: (828) 516-5291
amy@cornerstonelawnc.com
*Attorney for Defendant National Credit Systems, Inc.*

Dylan M. Bensinger
McGuireWoods LLP
201 North Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone: (7004) 343-2127
dbensinger@mcguirewoods.com
*Attorney for Defendant Credit One Bank, N.A.*

Rex C. Morgan
Baucom, Claytor, Benton, Morgan & Wood, P.A.
200 Providence Road, Suite 106
Charlotte, NC 28207
Telephone: (704) 376-6527
rmorgan@baucomclaytor.com
*Attorney for Defendant Credit Financial Group, LLC*

Marc F. Kirkland (N.C. State Bar No. 60678)
Quilling, Selander, Lownds, Winslett & Moser, P.C.
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
Telephone: (214) 560-5454

mkirkland@qslwm.com
*Counsel for Trans Union LLC*

Lauren Boone (N.C. State Bar No. 59249)
Troutman Pepper Locke, LLP
301 S. College Street, 34th Floor
Charlotte, NC 28202
Telephone: (704) 998-4099
lauren.boone@troutman.com
*Attorney for Defendant Experian Information Solutions, Inc.*

Vincent Smolczynski (N.C. Bar No. 59715)
Seyfarth Shaw LLP
300 S. Tryon Street, Suite 400
Charlotte, North Carolina 28202
Telephone: (704) 925-6060
vsmolczynski@seyfarth.com
*Counsel for Defendant Equifax Information Services LLC*

Patrick J. Cleary (NC Bar No. 39584)
Bowman and Brooke, LLP
1441 Main Street, Suite 1200
Columbia, South Carolina 29201
Phone: (803) 726-7420
patrick.cleary@bowmanandbrooke.com
*Counsel for Defendant Cellco Partnership dba Verizon Wireless*

 /s/ Abigail A. Grise
*Counsel for Defendant Global Lending
Services LLC*